UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS & STEAMFITTERS LOCAL 21 BENEFIT FUNDS, | ) ) ) | Index No.: 18-7163 (NSR) |
| Plaintiffs, | ) ) | |
| -against- | ) ) | **DEFAULT JUDGMENT** |
| DGC MECHANICAL, INC, | ) ) ) | |
| Defendant. | ) ) ) | |

---

This action having been commenced on August 14, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, DCG Mechanical, Inc., on October 17, 2018 via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on October 31, 2018 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against the Defendant in the liquidated amount of $6,633.52, which includes the following: contributions due and owing in the sum of $3,144.60; interest in the sum of $314.46; liquidated damages in the sum of $314.46; attorneys' fees in the sum of $2,175.00; plus court costs and disbursements of this action in the sum of $685.00; and

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, NY
March 24, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2022

1